1 **MARTIROSYAN P.C.**
EDGAR MARTIROSYAN, SBN 260250
2 emartirosyan@mpclegal.com
3 16130 Ventura Blvd., Suite 570
Encino, CA 91436
4 Telephone: (818) 528-8700
Facsimile: (818) 528-8704
5

6 Attorney for Defendants,
JAMES AGOPIAN, GRAY ASH, INC., ARBI AGHOPIAN, and CEO CIGARS, INC.
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CIGAR COMPANY INC., <br><br> Plaintiff, <br><br> vs. <br><br> JAMES AGOPIAN, an individual; GRAY ASH, INC., a California corporation; COHIBA CIGAR BOUTIQUE & LOUNGE, an unknown business entity; ARBI AGHOPIAN, an individual; and CEO CIGARS, INC., a California Corporation; <br><br> Defendants. | Case No.: CV 13-0840 EDL <br><br> **JOINT AND STIPULATED MOTION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF TO CONTINUE DEADLINES** <br><br> **[Civil L.R. 7-11, 16-2(d)]** <br><br> **Judge:  Hon. Elizabeth D. Laporte** |

1    Pursuant to L.R. 7-11, 7-12 and 16-2(b), Plaintiff General Cigar Company Inc. ("General
2  Cigar") and Defendants James Agopian, Gray Ash, Inc., Arbi Aghopian, and C.E.O. Cigars, Inc.
3  ("Defendants"), by and through their counsel, hereby jointly move the Court for an order
4  continuing deadlines for the Joint Case Management Statement and Rule 26(f) Report and the
5  Initial Case Management Conference each by two (2) weeks.

6    The current deadline for filing the Joint Case Management Statement and Rule 26(f)
7  Report is May 28, 2013, and the Case Management Conference is currently scheduled for June 4,
8  2013, at 10:00 a.m.

9    The parties have been engaged in settlement negotiations over the course of the last two
10 weeks. While the parties have agreed to all material terms of the settlement agreement,
11 scheduling conflicts have made it difficult to finalize the agreement before the current Rule 26(f)
12 Report deadline. The parties believe that they will enter into a settlement agreement within the
13 next two weeks. If they are unable to do so within the next two week, then the parties would like
14 to move forward with this action.

15   Counsel for both parties have met and conferred and agree to continue the current dates
16 as set forth herein, and the agreed-upon continuances would not affect any other aspect of the
17 case schedule. There has been only one prior modification to the dates for the Joint Case
18 Management Statement and Rule 26(f) Report and the Initial Case Management Conference,
19 both of which were moved one week to give the parties an opportunity to finalize settlement
20 negotiations (the Joint Case Management Statement and Rule 26(f) Report was moved from May
21 21, 2013 to May 28, 2013, and the Initial Case Management Conference was moved from May
22 28, 2013 to June 4, 2013). Counsel for both parties agree and stipulate to this request for relief.

23   Accordingly, the parties request that the deadline for filing the Joint Case Management
24 Statement be continued two (2) weeks, from May 28, 2013, to June 11, 2013. The parties further
25 ///
26 ///
27 ///
28

request and stipulate that the Initial Case Management Conference be continued from June 4, 2013 at 10:00 a.m., to June 18, 2013 at 10:00 a.m.

**IT IS SO STIPULATED AND AGREED:**

Dated: May 28, 2013.

PILLSBURY WINTHROP SHAW PITTMAN LLP

By /s/ Jenna F. Karadbil
Jenna F. Karadbil
Attorneys for GENERAL CIGAR COMPANY INC.

Dated: May 28, 2013.

MARTIROSYAN PC

By /s/ Edgar Martirosyan
Edgar Martirosyan
Attorneys for Defendants C.E.O. CIGARS, INC., GRAY ASH, INC., ARBI AGHOPIAN, and JAMES AGOPIAN

I, Edgar Martirosyan, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: May 28, 2013.

MARTIROSYAN PC

By /s/ Edgar Martirosyan
Edgar Martirosyan
Attorneys for Defendants C.E.O. CIGARS, INC., GRAY ASH, INC., ARBI AGHOPIAN, and JAMES AGOPIAN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 29, 2013

Honorable Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE